**Opinion filed April 10, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00203-CV
_____

## HDJ CONSTRUCTION, LLC, Appellant
## V.
## EDWARD MADEWELL, Appellee

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. CV-32,462**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. In the motion, the parties state that "[a]ll matters which are the subject of this appeal have been settled" between the parties. Accordingly, the parties request that we remand the case to the trial court to effectuate the agreement "relating to the release of the supersedeas bond and satisfaction of the judgment," and that we dismiss this appeal "with prejudice."

We grant the parties' agreed motion, remand the case to the trial court for the parties to effectuate their settlement agreement, and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

W. BRUCE WILLIAMS

April 10, 2025                                        JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.